**Agwu NWOKE, Plaintiff–Appellant,**

v.

**VILLAGE OF BOLINGBROOK, ILLINOIS, Defendant– Appellee.**

No. 09–2494.

United States Court of Appeals, Seventh Circuit.

Submitted Dec. 8, 2009.*

Decided Dec. 10, 2009.

Agwu Nwoke, Bolingbrook, IL, pro se.

Craig G. Penrose, Tressler, Soderstrom, Maloney & Priess, LLP, Chicago, IL, for Defendant–Appellee.

Before FRANK H. EASTERBROOK, Chief Judge, RICHARD D. CUDAHY, Circuit Judge and ILANA DIAMOND ROVNER, Circuit Judge.

**Order**

After receiving a ticket for running a red light, Agwu Nwoke filed this suit in federal court under 42 U.S.C. § 1983. He accuses the Village of Bolingbrook of mali-cious prosecution on the theory that its police force issues tickets to raise revenue rather than to enforce the traffic laws.

The district court dismissed the suit in a curt order that does not provide reasons, and thus violates Circuit Rule 50. The suit may have been dismissed for failure to prosecute (Nwoke failed to appear at a scheduled hearing) or on the merits; if the latter, the district court's reasons for thinking the complaint defective were not stated. But there would be no point to a remand, because the complaint is incurably deficient. There is no federal-law claim for malicious prosecution, if state law provides remedies for that tort (as Illinois does). See *Newsome v. McCabe*, 256 F.3d 747 (7th Cir.2001). Other potential problems with Nwoke's theory need not be explored.

AFFIRMED.